UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KANDY PIERRE,

                          Plaintiff,                            JUDGMENT
    v.                                                22-CV-7425 (HG) (SJB)

N.Y.C. FIRE DEPARTMENT,

                          Defendant.
-----------------------------------------------------------------X

        A Memorandum and Order of the Honorable Hector Gonzalez, United States District Judge, having been filed on January 31, 2024, granting the motion to dismiss; certifying pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith; and denying *in forma pauperis* status for purposes of an appeal, *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); it is

        ORDERED and ADJUDGED that the motion to dismiss is granted; that pursuant to 28 U.S.C. § 1915(a)(3), any appeal from this Order would not be taken in good faith; and that *in forma pauperis* status is denied for purposes of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

Dated:  Brooklyn, New York                                     Brenna B. Mahoney
         February 1, 2024                                       Clerk of Court

                                                                     By:    */s/Jalitza Poveda*
                                                                              Deputy Clerk